IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFF HOPPING, Individually and on
behalf of all others similarly situated,
and CAROLYN HOPPING, Individually
and on behalf of all others similarly situated          PLAINTIFFS

v.                    No. 1:14-cv-140-DPM

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY                                        DEFENDANT

ORDER

The parties' stipulation of dismissal, № 32, is noted. This case will be dismissed with prejudice. Motions, № 5 & № 31, are dismissed as moot.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

27 May 2015