# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| JEFF HOPPING, Individually and on behalf of all others similarly situated, and CAROLYN HOPPING, Individually and on behalf of all others similarly situated | PLAINTIFFS |
| v. No. 1:14-cv-140–DPM | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | DEFENDANT |

## JUDGMENT

The complaint is dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2015